**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DARRELL LEATH,

    Petitioner,

vs.                               Case No.: 3:07cv38/MCR/EMT

STATE OF FLORIDA,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 10, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

    **DONE AND ORDERED** this 11th day of May, 2007.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**